**ArentFox Schiff**

Initial conference is adjourned from October 12, 2023 to November 17, 2023 at 12:00 p.m.
Dial-In No.: 1-888-363-4749, Access Code: 3667981.
SO ORDERED.
Dated: 10/4/2023

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

October 4, 2023

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900   **MAIN**
212.484.3990   **FAX**

afslaw.com

Ariel Peikes
Senior Attorney
212.457.5442   **DIRECT**
ariel.peikes@afslaw.com

<u>Via ECF</u>

P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re: <u>*NYAG / I. Shalom Group LLC v. Weina et al*</u>
<u>No. 1:23-cv-07325-PKC</u>

Dear Judge Castel:

    This firm represents Plaintiff NYAG / I. Shalom Group LLC ("Plaintiff") in the above-referenced matter. Plaintiff seeks an adjournment of the Initial Pretrial Conference that is presently scheduled for October 12, 2023, at 12:00 p.m, which would be the parties' first conference with the Court. We submit this request in accordance with Rule 1.C of Your Honor's Individual Practices in Civil Cases.

    Plaintiff requests the adjournment because the matter is not yet joined, and Plaintiff's and Defendants' counsel have engaged in settlement discussions to try to resolve the matter prior to service of the Complaint and Summonses.

    This is the first request for an adjournment, and Defendants' counsel provided consent to this request. If the Court grants this extension, it will have no effect on the remaining schedule as there are currently no scheduled appearances before the Court.

    Plaintiff proposes that the Initial Pretrial Conference be rescheduled for on or about



October 4, 2023
Page 2

November 13, 2023. We thank the Court for its consideration of this request.

                                            Respectfully submitted,

                                            ArentFox Schiff LLP

                                            <u>/s/ Ariel Peikes</u>
                                            Ariel S. Peikes

cc: All Counsel of Record via ECF